```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13499
    LUCY NEENO VARGHESE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-3788

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/27/2007 and was confirmed 10/25/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 03/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------------
GRP LOAN CORP            CURRENT MORTG          .00           .00           .00
ACCREDITED HOME LENDERS  CURRENT MORTG          .00           .00           .00
SCHRANK & ASSOCIATES     SECURED NOT I     2166.00           .00           .00
SCHRANK & ASSOCIATES     UNSECURED       NOT FILED           .00           .00
CHACKO THOMAS            NOTICE ONLY     NOT FILED           .00           .00
MANUEL WOODCRAFTS        NOTICE ONLY     NOT FILED           .00           .00
NICOR GAS                UNSECURED         1129.38           .00         20.13
TOM JOSE & MATTHEW GEORG NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE              UNSECURED          936.43           .00         16.69
GRP LOAN CORP            SECURED NOT I    71669.87           .00           .00
WM SPECIALITY MORTGAGE L NOTICE ONLY     NOT FILED           .00           .00
ACCREDITED HOME LENDERS  SECURED NOT I    23655.56           .00           .00
CHACKO THOMAS            UNSECURED        59654.10           .00       1084.97
ECAST SETTLEMENT CORP    UNSECURED          883.20           .00         15.74
GROCHOCINSKI & GROCHOCIN DEBTOR ATTY       1,669.00                    1,669.00
TOM VAUGHN               TRUSTEE                                         192.30
DEBTOR REFUND            REFUND                                            1.17

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             3,000.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     1,137.53
ADMINISTRATIVE                                1,669.00
TRUSTEE COMPENSATION                            192.30
DEBTOR REFUND                                     1.17
                    ---------------       ---------------
TOTALS              3,000.00                  3,000.00

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 13499 LUCY NEENO VARGHESE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 09/11/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```